The Honorable Robert J. Bryan

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

January 18, 2017
WILLIAM M. McCOOL, Clerk
By_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID W. TIPPENS,<br><br>Defendant. | NO. CR16-5110RJB<br><br>SUPERSEDING INDICTMENT |

The Grand Jury charges that:

## COUNT 1
### (Receipt of Child Pornography)

Between in or about October 2015 and in or about February 2016, at University Place, within the Western District of Washington, and elsewhere, DAVID W. TIPPENS knowingly received, and attempted to receive, visual depictions—to wit, (1) 2015-01 6sucks.mp4; (2) [pthc] 12y Eidothea.avi; (3) Mon film2.mp4; (4) 2014-02 - TLZ_sÃƒÂ¼per 6 yo.mp4; and (5) pthc 2016 18_3.avi—the production of which involved the use of minors engaging in sexually explicit conduct, and the visual

SUPERSEDING INDICTMENT/TIPPENS
CR16-5110RJB - 1

depictions were of such conduct, using any means and facility of interstate and foreign commerce and which images had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 2
### (Possession of Child Pornography)

On or about February 11, 2016, at University Place, within the Western District of Washington, and elsewhere, DAVID W. TIPPENS knowingly possessed matter that contained visual depictions—other than those alleged in Counts 1 and 3—the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which had been produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the images of child pornography include images of a prepubescent minor and a minor who had not attained 12 years of age.

All in violation of Title 18, United State Code, Section 2252(a)(4) and 2252(b)(2).

## COUNT 3
### (Transportation of Child Pornography)

On an exact date unknown but between in or about August 2015 and in our about October 2015, at University Place, within the Western District of Washington, and elsewhere, DAVID W. TIPPENS knowingly transported and shipped, and attempted to transport and ship, visual depictions—to wit, (1) (~pthc center~)(opva)(2012) Kids suck – [NAME REDACTED] sleep MOV00598.avi; (2) Babyj-Tied-Anal-Force.avi; and (3) child anal fuck bondage blowjob fuck cum 0001u.jpg—the production of which involved the use of minors engaged in sexually explicit conduct and which were of such conduct,

SUPERSEDING INDICTMENT/TIPPENS
CR16-5110RJB - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252(a)(1), (b)(2).

## ASSET FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts 1-3 of this Indictment, DAVID W. TIPPENS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any property, real or personal, used or intended to be used to commit or promote the commission of such offenses, or any property traceable to such property, and any and all visual depictions as described in Title 18, United States Code, Sections 2251, 2252, and 2252A, which were produced, transported, mailed, shipped, or received, in violation of Chapter 110, Title 18, United States Code, including but not limited to:

SUPERSEDING INDICTMENT/TIPPENS
CR16-5110RJB - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a. One Western Digital external hard drive (S/N: WXH808688604);
b. One Western Digital external hard drive (S/N: WCAVY3832893);
c. One Dell laptop computer (S/N: 99SJTN1); and
d. Any and all images of child pornography, in whatever format and however stored.

A TRUE BILL:

DATED: /March 14, 2017/

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
MICHAEL DION
Assistant United States Attorney

_____
MATTHEW P. HAMPTON
Assistant United States Attorney

_____
GRADY J. LEUPOLD
Assistant United States Attorney

SUPERSEDING INDICTMENT/TIPPENS
CR16-5110RJB - 4