JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR16-5110RJB |
| Plaintiff, | ) ) | **MOTION TO SEAL EXHIBITS TO DEFENDANT'S SECOND MOTION TO SUPPRESS EVIDENCE** |
| v. | ) ) | |
| | ) | NOTED: February 3, 2017 |
| DAVID TIPPENS, | ) ) | |
| Defendant. | ) ) | |

COMES NOW DEFENDANT, David Tippens, by and through his counsel, Assistant Federal Public Defender Colin Fieman, and moves this court to order the Exhibits to Defendant's Second Motion to Suppress Evidence be filed under seal and secured from public access until further order of the court.

This motion is based upon the sensitive and confidential nature of information contained in said documents which, if made public, could result in harm to the government.

The public's right of access is therefore outweighed by the interests of both the public and the parties in protecting said files, records, and/or documents from public view, thereby constituting compelling reason to order the exhibits to be sealed.

DATED this 26th day of January, 2017.

Respectfully submitted,

s/ *Colin Fieman*
Colin Fieman, Attorney for David Tippens

MOTION TO SEAL EXHIBITS
(*United States v Tippens, CR16-5110RJB.*) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

# CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered with the CM/ECF system.

I further certify that I sent a copy of the sealed exhibits to the registered parties via email.

s/ *Amy Strickling, Paralegal*
Federal Public Defender Office

MOTION TO SEAL EXHIBITS
(*United States v Tippens,CR16-5110RJB.*) - 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710