JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR16-5110RJB |
| Plaintiff, | ) ) ) | **MOTION TO FILE OVERLENGTH SECOND MOTION TO SUPPRESS EVIDENCE** |
| v. | ) ) | |
| | ) | NOTED: February 3, 2017 |
| DAVID TIPPENS, | ) ) | |
| Defendant. | ) ) | |

COMES NOW DEFENDANT, David Tippens, by and through his counsel, Colin Fieman, and respectfully file this motion seeking the Court's permission to file a Second Motion to Suppress Evidence of 26 pages.

The defense believes the motion is as short as possible while still appropriately briefing the issues, which cannot be adequately briefed within the six-page limit of Local Rule 12(b)(5).

Accordingly, the Defense seeks permission to file a Second Motion to Suppress Evidence of not more than 26 pages.

DATED this 26th day of January, 2017.

Respectfully submitted,

s/ *Colin Fieman*
Colin Fieman
Attorney for David Tippens

MOTION TO FILE OVERLENGTH
(*United States v Tippens, CR16-5110RJB*) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered with the CM/ECF system.

s/ *Amy Strickling, Paralegal*
Federal Public Defender Office

MOTION TO FILE OVERLENGTH
(*United States v Tippens, CR16-5110RJB*) - 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710