JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-5110 RJB |
| Plaintiff, | |
| v. | NOTICE OF CRIMINAL APPEAL |
| DAVID TIPPENS, | |
| Defendant. | |

NOTICE IS GIVEN that David Tippens, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment in a criminal case entered on June 13, 2017, and the sentence imposed on May 26, 2017 and June 13, 2017.

DATED this 14th day of June, 2017.

Respectfully submitted,

s/ *Colin Fieman*
Assistant Federal Public Defender
Attorney for David Tippens

Name of court reporters: Teri Hendrix & Barry Fanning
Transcript required: Yes
Date transcript ordered: June 14, 2017

NOTICE OF CRIMINAL APPEAL
(*United States v. Tippens*; CR16-5110RJB) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2017 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ *Carolynn Cohn*
Paralegal

NOTICE OF CRIMINAL APPEAL
(*United States v. Tippens*; CR16-5110RJB) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**